Case 2:10-cv-00299-NVW   Document 1   Filed 02/10/10   Page 1 of 2

Robert D. Tomlinson, OBA No. 9056
Ross N. Chaffin, OBA No. 21131
Two Leadership Square, Suite 450
211 N. Robinson Avenue
Oklahoma City, OK 73102
Facsimile: (866) 633-6165
bobt@tomlinsonoconnell.com
rossc@tomlinsonoconnell.com
Telephone: (405) 606-3350

Attorneys for Plaintiffs Ameristar Fence Products, Inc. and Edward L. Gibbs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

AMERISTAR FENCE PRODUCTS, INC. and EDWARD L. GIBBS,

    Plaintiffs,

v.

PHOENIX FENCE COMPANY and QUIKJET LLC,

    Defendants.

No. CV-10-299-PHX-NVW

COMPLAINT WITH JURY DEMAND

1. The Plaintiff Ameristar Fence Products, Inc. is a corporation organized under Oklahoma law.

2. The Plaintiff Edward L. Gibbs is an individual residing in Oklahoma.

3. The Defendant Phoenix Fence Company is a corporation organized under Arizona law.

4. The Defendant Quikjet LLC is a limited liability company organized under Arizona law.

5. Jurisdiction is based on 28 U.S.C. § 1338(a).

6. United States Patent No. 7,441,751 was issued on October 28, 2008.

1

7. At all times material hereto, the Plaintiffs have been the owners of all substantial rights under United States Patent No. 7,441,751.

8. The Defendant Quikjet LLC is the owner of property located at 5119 W. Monroe St., Phoenix, Arizona ("the property").

9. The Defendant Phoenix Fence Company has infringed United States Patent No. 7,441,751 by selling and offering to sell a cable-reinforced fence, and by thereafter installing that fence on the property.

10. The Defendant Quikjet LLC has infringed United States Patent No. 7,441,751 by causing the installation of a cable-reinforced fence on the property, and continues to infringe United States Patent No. 7,441,751 by its use of that fence.

11. The Plaintiffs have been damaged by the actions described in paragraphs 9 and 10.

The Plaintiffs request awards of damages, increased damages, interest, attorney fees and costs, an injunction against infringement, and such other relief to which Plaintiffs are entitled.

Robert D. Tomlinson
Ross N. Chaffin

Attorneys for Plaintiffs Ameristar Fence Products, Inc. and Edward L. Gibbs

A jury trial is demanded.