Albert L. Underhill (#026130)
aunderhill@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6309
Attorneys for Defendants Phoenix Fence Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| AMERISTAR FENCE PRODUCTS, INC. and EDWARD L. GIBBS, <br><br>Plaintiffs,<br><br>v.<br><br>PHOENIX FENCE COMPANY and QUIKJET LLC,<br><br>Defendants. | No. CV10-299-PHX-DGC <br><br>**NOTICE OF CORRECTION OF REPRESENTATION** |

It has come to the attention of the undersigned that in filing the Renewed Joint Stipulation for Extension of Time to Answer (Second Request), it was inadvertently and incorrectly stated that Snell & Wilmer L.L.P. represents Quikjet L.L.C. in this matter. While the Plaintiff agreed to the stipulation as to all Defendants, the undersigned represents only Phoenix Fence Company and is not entering an appearance on behalf of Quikjet.

Respectfully submitted this 30th day of April, 2010.

Snell & Wilmer L.L.P.

By: /s/ Albert L. Underhill
One Arizona Center
Phoenix, AZ 85004-2202
Attorneys for Defendant
Phoenix Fence Company

1

2  I hereby certify that on April 30th, 2010,
   I electronically transmitted the foregoing
3  document to the Clerk's Office using the CM/ECF
   System for filing and transmittal of a Notice of
4  Electronic Filing to the CM/ECF registrants.

5
          /s/ Marla Treptow
6

7

8  58385.0001\UNDERHA\SWDMS\11471403.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000