Albert L. Underhill (#026130)
Underhill Law Office P.L.L.C.
7907 North 16th Drive
Phoenix, AZ  85021
Telephone:  (602)388-4020
Attorney for Phoenix Fence Company

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| AMERISTAR FENCE PRODUCTS,  INC. and EDWARD L. GIBBS, | ) ) | |
| Plaintiffs | ) | No.CV10-299-PHX-DGC |
| v. | ) | |
| PHOENIX FENCE COMPANY and QUIKJET LLC, | ) ) | NOTICE OF CHANGE OF ADDRESS |
| Defendants | ) | OF COUNSEL FOR PHOENIX |
| ——————————————————— | | FENCE COMPANY |
| QUIKJET, LLC, | ) | |
| Counterclaimant | ) | |
| v. | ) | |
| AMERISTAR FENCE PRODUCTS, INC. and EDWARD L. GIBBS, | ) ) | |
| Counterclaim Defendants. | ) | |
| ——————————————————— | ) | |
| QUIKJET, LLC, | ) | |
| Crossclaimant, | ) | |
| v. | ) | |
| PHOENIX FENCE COMPANY, | ) | |
| Crossdefendant. | ) | |
| ——————————————————— | | |

Defendant, Phoenix Fence Company hereby provides notice of a change of address and email address of its counsel Albert L. Underhill. Mr. Underhill's new address is as follows:

Albert L. Underhill
Underhill Law Office P.L.L.C.
7907 North 16th Drive
Phoenix, AZ 85021
Telephone: 602-388-4020
Fax: 602-388-4020
email: aunderhill@underhilllaw.net

Respectfully submitted this 6th day of July, 2010.

I hereby certify that on July 6th, 2010, I electronically transmitted this Notice of Change of Address of Counsel for Phoenix Fence Company to the Clerk's Office using the  CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ <u>Albert L Underhill</u>